UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTON TAMPIZA, | ) | Case No. CV 11-2562 DSF (MRW) |
|           Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| T.L. GONZALEZ, Warden, | ) | |
|           Respondent. | ) | |
| _____ | ) | |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 3/12/12

_____
HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE